IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION - CINCINNATI

| | | |
|---|---|---|
| **JOHN CHAPMAN,** | : | **CASE NO.: 1:18-CV-00027MRB** |
| **Plaintiff,** | : | Judge: Barrett |
| v. | : | |
| | : | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| **NORFOLK SOUTHERN CORPORATION** | : | |
| **Defendant.** | : | |

All matters in controversy between the parties hereto having been amicably resolved, this matter is hereby dismissed, with prejudice, without record, except as to this Stipulation.


/s/ Robert B. Thompson
Robert B. Thompson (#0078633)
HARRINGTON, THOMPSON, ACKER AND HARRINGTON, LTD.
One North LaSalle Street, Suite 3150
Chicago, IL 60602
*Attorneys for Plaintiff, John Chapman*


/s/ James F. Brockman
James F. Brockman (#0009469)
LINDHORST & DREIDAME
312 Walnut Street, Suite 3100
Cincinnati, OH  45202-4048
Telephone:  (513) 421-6630
Facsimile:   (513) 421-0212
E-mail:      jbrockman@lindhorstlaw.com
*Attorneys for Defendant, Norfolk Southern Corporation*

## CERTIFICATE OF SERVICE

      I hereby certify that on July 6, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Robert B. Thompson (#0078633)
Laurence C. Acker
HARRINGTON, THOMPSON, ACKER & HARRINGTON, LTD.
One North LaSalle Street, Suite 3150
Chicago, IL 60602

                                            /s/ James F. Brockman
                                            James F. Brockman (#0009469)